**Dismissed and Memorandum Opinion filed April 9, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00264-CV

---

**TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, Appellant**

**V.**

**LINDA GREEN, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-25688**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 2, 2015. The appeal was assigned to the First Court of Appeals; however, the Harris County District Clerk subsequently, and erroneously, assigned this cause to this court. By letter dated, March 24 2015, the Harris County District Clerk advised this court of its error. Because this cause was erroneously assigned to this court, the appeal is ordered

dismissed.  Our dismissal does not affect any appeal pending in the First Court of Appeals.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.